FILED
APR 05 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HARVEY PITTS, and<br>LEROY FRANCIS | No. **17 CR 221**<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>JUDGE THARP<br>MAGISTRATE JUDGE KIM |

### COUNT ONE

The SPECIAL FEBRUARY 2016 GRAND JURY charges:

On or about April 6, 2016, at Skokie, in the Northern District of Illinois, Eastern Division,

HARVEY PITTS,

defendant herein, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Masterpiece Arms 9 millimeter semi-automatic pistol bearing serial number B8216, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT TWO**

The SPECIAL FEBRUARY 2016 GRAND JURY further charges:

On or about April 6, 2016, at Skokie, in the Northern District of Illinois, Eastern Division,

LEROY FRANCIS,

defendant herein, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Glock 9 millimeter semi-automatic pistol bearing serial number MW201US, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in Count One of this Indictment, defendant HARVEY PITTS shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Masterpiece Arms 9 millimeter semi-automatic pistol bearing serial number B8216, and 29 rounds of associated ammunition.

## **FORFEITURE ALLEGATION TWO**

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in Count Two of this Indictment, defendant **LEROY FRANCIS** shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 9 millimeter semi-automatic pistol bearing serial number MW201US, and 27 rounds of associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

4